RECEIVED
JUL 26 2019
Clerk, U.S. District Court
Fairbanks, AK

American Common Law
court of record;trial by jury
the superior court
filed at 'Federal Court'
'District Court of the united States'
'District of Alaska' Fairbanks

| | |
|---|---|
| i,man;charles albert lind<br>claiment;<br>prosecutor;<br><br>against<br><br>David buettner;man;<br>Actor; Assistant District<br>Attorney,Alaska 4ty judicial<br>district,Fairbanks;<br>c/o District Attorney'Office<br>510 2nd Ave Suite 200<br>Fairbanks,AK 99701<br><br>wrongdoer(s) | the lind court;<br>Document No.One<br><br>4:19-cv-00023-TMB<br><br>Notice; claim<br>Nature of case; claim;<br>claim; trespass;<br>unlawful papers;<br>(verified) |



i,man,require,'court of record','trial by jury';

### claim;trespass;(unlawful papers)

i,man,claim;

- the said wrongdoer(s) trespass upon my property;
- the causal agent of the trespass,comes by way of its use of unlawful papers;
- the trespass did and does harm and injury to my property;
- the commencement of the wrong and harm began on 23 of August 2018; location; ALASKA COURT SYSTEM INC. FAIRBANKS.
- The wrong and harm continues to this day 29 June 2019;
- i, require compensation for the initial and continual trespass upon my property;
- compensation due: One hunder thousand United States of America Silver dollars;

Notice to agent is notice to principle, notice to principle is notice to agent;

i,say here,and will verify in open court,that all herein be true;

In witness, knowing the law of bearing false witness before Almighty God and man, i solemnly aver, that i have read the

annexed **claim**; and know the contents thereof; that the same is true of my own knowledge, except to the matters which are herein

American Common Law;court of record
'trial by jury' the superior court
Filed at 'Federal court'
'District court of the united States'
'District of Alaska'Fairbanks
the lind court
Document No. one

i,man; require,'court of record','trial by jury';

**claim;trespass;(unlawful papers)continued**

stated on my information and belief, and as to those, i believe them to be true;

Sealed by the voluntary act of my own hand;

(seal)   Living Soul

*charles albert* (red ink)

i,man, have the Honor of being Private Christian;

Autographed by the voluntary act of my hand this _eleventh_ day of the _Seventh_ month, in the Year of Our Lord and Savior Jesus, the Christ, Two thousand and Nineteen, Anno Domini: of the Independence of the united States of America the Two hundred and Forty-third.

non-ñegotiable appellation
non-negotiable autograph   *charles albert, lind*
                            charles albert,lind   a living

Alaskan,living on the land,endowed with all his Natural Rights.

State of Alaska

_____4th_____ Judicial District

The within document, ____claim____
                     (document description)

Was subscribed and sworn (or affirmed) to before me on this __11th__ day of __July__, __2019__
                                                            (date)       (month)    (year)

by ____charles albert,lind____
        (name of individual)

Dated: __7/11/19__

(Signature of Notary)
Notary Public for the State of Alaska
My Appointment Expires: __10/1/21__

Notary Public
JOEL KEENEY
State of Alaska
My Commission Expires Oct. 1, 2021

Page two of two